UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

JORGE VARGAS,

                Plaintiff,

- against -

ELRAC, INC. AND "JOHN DOE",

                Defendant.

- - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 16 2005 ★

BROOKLYN OFFICE

ORDER OF DISMISSAL

CV 2005-1452 (ERK)(MDG)

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty days of the date of this Order.

Dated: Brooklyn, New York
       May 7, 2005

                              s/Edward R. Korman
                              EDWARD R. KORMAN
                              CHIEF UNITED STATES DISTRICT JUDGE